IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:01-cr-00041-MP-AK

ANTONIO D COLONEL,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 129, Order of the United States Court of Appeals. The Court has remanded this case for the limited purpose of determining when Defendant Antonio D. Colonel delivered his notice of appeal to prison officials for forwarding to this Court. Defendant's notice of appeal (Doc. 118) was filed on June 2, 2008, but Defendant signed and dated the accompanying certificate of service February 26, 2008 – more than a week before entry of the order for which Defendant gave notice of appeal. See Doc. 116. It therefore appears to be in error. Defendant is ordered to file an affidavit setting forth: (1) the date on which Defendant delivered his notice of appeal to prison officials for forwarding to this Court; (2) the name or names of the prison official or officials to whom Defendant delivered his notice of appeal; and (3) any information known to Defendant that would account for the delay between the delivery of the notice of appeal to prison officials and the filing of the notice of appeal with this Court. Defendant has until September 26, 2008, to comply with this order.

    **DONE AND ORDERED** this _27th_ day of August, 2008

                             *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge